**Brian E. PELTIER, Plaintiff-Appellant,**

v.

**GREYHOUND LINES, INCORPORATED, Defendant–Appellee.**

No. 01–2129.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 28, 2001.

Decided Jan. 18, 2002.

Brian E. Peltier, Appellant Pro Se. Stephen Lynwood Brown, Young, Clement, Rivers & Tisdale, Charleston, South Carolina, for Appellee.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Brian E. Peltier appeals the district court's order granting summary judgment to his former employer in his civil action in which he alleged violations of the Americans with Disabilities Act and the Family Medical Leave Act. We have reviewed the record and the district court's opinion accepting the magistrate judge's report and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Peltier v. Greyhound Lines, Inc.*, No. CA–00–1726–2–18AJ (D.S.C. Aug. 7, 2001). We also deny Peltier's motion for formal briefing. We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.